No. 10,716.

ANDERSON *v*. WALKER.

Decided November 5, 1923.

Action to enjoin the issuance of a trustee's deed. Judgment for plaintiff.

*Affirmed.*

*On Application for Supersedeas.*

1.    ADJUDICATED CASES—*Trust Deeds—Sale—Redemption.*   Judgment affirmed on authority of *Stryker v. Dunn,* 72 Colo. 45.

*Error to the District Court of Weld County, Hon. Neil F. Graham, Judge.*

Mr. C. E. JOHNSON, Mr. L. R. TEMPLE, for plaintiff in error.

Messrs. PERSHING, NYE, FRY & TALLMADGE, Mr. ROBERT H. DUNLAP, for defendant in error.

*Department Two.*

MR. JUSTICE WHITFORD delivered the opinion of the court.

PLAINTIFF in error prays for a supersedeas.

The case of *Stryker v. Dunn,* 72 Colo. 45, 209 Pac. 644, is decisive of this motion. The instant case was instituted before the pronouncement in *Stryker v. Dunn.* The construction of the statute in that case is reasonable and just and we shall not disturb it.

Supersedeas denied. Judgment affirmed.

MR. CHIEF JUSTICE TELLER and MR. JUSTICE DENISON concur.